# United States Court of Appeals
## For the First Circuit

---

No. 98-1813

ARTHUR JOSEPH SHEEHAN,

Plaintiff, Appellant,

v.

JAMES MARR, POLICE CHIEF, CITY OF GLOUCESTER, ET AL.,

Defendants, Appellees.

---

ERRATA SHEET

The opinion of this Court issued on March 27, 2000 is amended as follows:

Page 12, line 1 of note 7: replace "could Sheehan" with "Sheehan could"